

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2015

No. 04-14-00862-CR

Noel Martinez **BALDERAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7108
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due March 16, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2015.



_____
Keith E. Hottle
Clerk of Court